# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-01909-001-TUC-JCH (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Tomas Alfredo Pena, | |
| Defendant. | |

Before the Court is Magistrate Judge Eric J. Markovich's Report and Recommendation ("R&R"). Doc. 78. Judge Markovich recommends the District Court find that the government has proven by a preponderance of the evidence that the defendant violated Standard Condition #5 by failing to notify his probation officer of his change in residence. Doc. 78 at 7. Neither party objects to the R&R. Doc. 79.

The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, when no objection is filed, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition.

After independent review, the Court finds no error and will adopt the R&R in full.

Accordingly,

///

///

///

**IT IS ORDERED ADOPTING IN FULL** the R&R (Doc. 78). The Court finds that the government has proven by a preponderance of the evidence that the defendant violated Standard Condition #5 by failing to notify his probation officer of his change in residence.

Dated this 13th day of February, 2025.

_John C. Hinderaker_
United States District Judge